(January 21, 2016)

■ UBS Securities LLC et al., Appellants-Respondents, v Highland Capital Management, L.P., et al., Defendants, Highland Credit Strategies Master Fund, L.P., et al., Respondents-Appellants. UBS Securities LLC, et al., Respondents, v Highland Crusader Holding Corporation, Appellant. [23 NYS3d 877]—Appeals having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Marcy S. Friedman, J.), entered November 25, 2013, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 5, 2016, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Feinman, JJ. ■

■ The People of the State of New York, Respondent, v Marcos Manon, Appellant. [22 NYS3d 862]—Appeal from judgment, Supreme Court, New York County (Renee A. White, J., at plea; Ronald A. Zweibel, J., at sentencing), rendered July 23, 2009, convicting defendant of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony drug offender, to a term of 1½ years, further held in abeyance, and the matter remitted for further proceedings in accordance herewith.

We previously held this appeal in abeyance (123 AD3d 467 [1st Dept 2014]) for proceedings relating to defendant's claim under *People v Peque* (22 NY3d 168 [2013], *cert denied sub nom. Thomas v New York*, 574 US —, 135 S Ct 90 [2014]). It now appears that although it is likely that the proceedings will require defendant's testimony, he has been involuntarily deported. Accordingly, we conclude that his testimony should be taken by videoconferencing, if possible (*see generally People v Wrotten*, 14 NY3d 33 [2009]). Given the history and circumstances of the case, the hearing should be held before a justice other than the sentencing Justice. Concur—Mazzarelli, J.P., Acosta, Moskowitz and Manzanet-Daniels, JJ.